UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**HOGAN ENERGY CORPORATION**

CASE NO. 00-30004

**CHAPTER 7**

## TRANSMITTAL OF UNCLAIMED FUNDS

NOW INTO COURT comes **LUCY G. SIKES**, Chapter 7 Bankruptcy Trustee in the above captioned bankruptcy case, who reports the following:

1.

Ninety (90) days having passed since the final distribution under 11 USC 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of the persons to whom such un-negotiated distribution checks were issued, the amount of such checks, and their last known address are:

UPSTREAM PRODUCTION SERVICE
Amount: $177.37
P.O. BOX 80851
LAFAYETTE, LA 70598-0851

DEAN WORKING INTEREST, LLC
Amount: $2379.63
C/O LINDA PEREZ CLARK
2431 S. ACADIAN THRUWAY, SUITE 600
BATON ROUGE, LA 70808

WOOD GROUP LOGGING SVCS OF LA, INC.
Amount: $2473.32
1710 S. DAIRY ASHFORD, STE 110
HOUSTON, TX 77077

WOOD GROUP PRESSURE CONT.
Amount: $235.68
C/O MALINOFF AND BASKI, PC
1710 S. DAIRY ASHFORD, STE 110
HOUSTON, TX 77077

KRAFTCO CHEMICAL CORP.
Amount: $176.54
791 CENTRAL AVENUE
SCARSDALE, NY 10583

BELLSOUTH TELECOMMUNICATIONS, INC.
Amount: $140.74
C/O BANKRUPTCY GROUP
125 PERIMETER CTR. WEST/RM 260
ATLANTA, GA 30346

CASPER EQUIPMENT RENTAL
Amount: $239.17

P.O. BOX 4248
CASPER, WY 82604

NEWPARK WELLHEAD SERVICES
Amount: $ 132.01
P.O. BOX 52371
LAFAYETTE, LA 70505

BELL SUPPLY COMPANY
Amount: $833.14
P.O. BOX 1289
KILGORE, TX 75662

2.

Your Trustee's check for $6,787.60, payable to the Clerk of Court, is attached to this report and list.

3.

Nothing further remains to be done in this case.

Monroe, Louisiana, this 7th day of August, 2007.

**LUCY G. SIKES**
Chapter 7 Bankruptcy Trustee
1326 Jackson Street
Alexandria, Louisiana  71301
Telephone:  (318) 561-4005
Facsimile:  (318) 561-4253

By:/s/Lucy G. Sikes
    Lucy G. Sikes