UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:

    HOGAN ENERGY CORPORATION    CASE NO. 00-30004
                Debtor                             CHAPTER 7

*EX PARTE MOTION OF UNITED STATES TRUSTEE*
*TO REOPEN CASE AND APPOINT TRUSTEE*

NOW INTO COURT COMES the United States Trustee for Region 5 and respectfully represents as follows:

1.

The above captioned case was filed January 3, 2000 as a Chapter 11. By Order dated April 12. 2000, the case was converted to a Chapter 7 and Eugene Hastings was appointed trustee.

2.

On June 20, 2000, Eugene Hastings was terminated as the trustee and Thomas McBride was appointed as the successor trustee by the United States Trustee.

3.

On August 14, 2001, Thomas McBride was terminated as the trustee and Lucy Sikes was appointed as the successor trustee by the United States Trustee.

4.

The case was closed March 5, 2008.

5.

The United States Trustee has been informed of a supplemental dividend which needs to

be administered in this case. Therefore, the case needs to be re-opened and a trustee appointed in order to determine if the asset should be administered.

6.

The trustee originally assigned to the case is no longer a panel trustee in the Monroe division, therefore, the next panel trustee on rotation, which the UST has determined to be Mark Sutton, shall be appointed as a successor trustee.

WHEREFORE, the United States Trustee requests that this case be reopened. The United States Trustee reports that he will appoint Mark Sutton as the panel trustee.

Respectfully submitted,

R. MICHAEL BOLEN
United States Trustee
Region 5, Judicial Districts of
　Louisiana and Mississippi

By: */s/ Frances Hewitt Strange*
FRANCES HEWITT STRANGE

Frances Hewitt Strange, LA Bar No. 18450
Assistant U. S. Trustee
Office of the U.S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101
Telephone no. (318) 676-3456
Facsimile no. (318) 676-3212

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of the *EX PARTE MOTION OF UNITED STATES TRUSTEE TO REOPEN CASE AND APPOINT TRUSTEE* by first class mail, postage prepaid or by CM/ECF transmission on the following:

Hogan Energy Corporation
POB 1149
Columbia, LA 71418

Donald D. McKeithen, Jr.
POB 1919
Columbia, LA 71418

Lucy G. Sikes
Former Chapter 7 Trustee
POB 1633
Shreveport, LA 71165-1633

Stanford B. Gauthier, II
1405 West Pinhook Road, Suite 105
Lafayette, LA 70503

Robert A. Thrall
300 Fannin Street
Suite 3201
Shreveport, LA 71101

Mark K. Sutton
P. O. Box 2239
Natchitoches, LA 71457

Date: September 18, 2009

*/s/ Julie E. Zaffater*
Julie E. Zaffater, Bankruptcy Analyst
Office of the U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
(318) 676-3456

3

00-30004 - #175  File 09/18/09  Enter 09/18/09 14:01:14  Main Document  Pg 3 of 3