# United States Bankruptcy Court
## Western District of Louisiana

**Debtor(s):** **Hogan Energy Corporation**          **Case No.:   00BK-30004**

## ORDER FOR DISTRIBUTION OF FUNDS

The Trustee's Final Account and Report ("TFR") has been duly reviewed by the U.S. Trustee's office and filed in this Chapter 7 case.  Due notice ("Notice") of the filing of the TFR and of all applications for compensation and reimbursement of expenses exceeding $1,500.00 has been given, and no written objection has been filed with the Clerk of Bankruptcy Court.  Accordingly,

**IT IS ORDERED THAT:**

(1)   The TFR is approved;

(2)   The chapter 7 trustee is awarded (a) compensation in the amount of $**6,978.65**, plus applicable fees earned on interest accrued between the date of the Notice and distribution, and (b) reimbursement of expenses in the amount of $**0.00**, all pursuant to 11 USC § 330;

(3)   The chapter 7 trustee pay to the Clerk from the estate in this case miscellaneous fees due in the amount of $**0.00** pursuant to 28 USC § 1930(b); and

(4)   The trustee make final distribution of funds in accordance with law.

**SIGNED IN <u>Shreveport, Louisiana</u> this the <u>14th day of April, 2010.</u>**

**BY THE COURT**

*Stephen V. Callaway*

**United States Bankruptcy Judge**

Copy Sent: Trustee, US Trustee
Date: 04/14/2010
By: MZ