UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:  CASE NO. 00-30004
Hogan Energy Corporation
    Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

    MARK K. SUTTON, Trustee of this estate, reports the following:

    1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | | |
|---|---|---|
| 7 | D & S Wireline, Inc.<br>810.Stubbs. Ave.<br>Monroe, LA 71201 | $ 1,703.13 |
| 9 | Upstream Production Ser<br>P.O. Box 80851<br>Lafayette, LA 70598-0851 | $ 279.15 |
| 14 | Dean Working Interest, LLC<br>c/o Linda Perez Clark<br>2431 S. Acadian Thruway Suite 600<br>Baton Rouge, LA 70808 | $ 3,745.14 |
| 18 | Wood Group Logging Svcs of LA Inc.<br>1710 S. Dairy Ashford, Ste 110<br>Houston, Tx 77077 | $ 3,892.60 |
| 25 | Weatherford Global Svs<br>c/o Troy Williamson, II<br>719 S. Shoreline Blvd.<br>Corpus Christi, TX 78401 | $13,793.13 |
| 28 | W.E. New Well Service<br>P.O. Box 147<br>Natchez, MS 39120 | $ 126.17 |

| | | |
|---|---|---|
| 31 | CBR Machinists, Inc.<br>P.O. Box 1900<br>Laurel, MS 39441-1900 | $ 16.03 |
| 33 | Kraftco Chemical Corp<br>791 Central Avenue<br>Scarsdale, NY 10583 | $ 277.85 |
| 34 | Telecommunications, Inc.<br>c/o Bankruptcy Group<br>125 Perimeter Ctr. West/Rm 260<br>Atlanta, GA 30346 | $ 221.50 |
| 43 | Stuart's Inc<br>P.O. Box 2103<br>Monroe, LA 71207 | $ 272.03 |
| 50 | Industrial Electrical Stystems<br>P.O. Box 25<br>Laurel, MS 39441 | $ 316.24 |
| 53 | Casper Equipment Rental<br>P.O. Box 4248<br>Casper, WY 82604 | $ 376.42 |
| 57 | Moores Pump & Supply, Inc.<br>P.O. Box 4169<br>Houston, TX 77210-4169 | $ 666.97 |
| 60 | Newpark Wellhead Services<br>P.O. Box 52371<br>Lafayette, LA 70505 | $ 207.76 |
| 61 | Chester Heller<br>P.O. Box 211224<br>Royal Palm Beach, FL 33421-1224 | $ 8,709.64 |
| 70 | Masco Wireline, Inc.<br>P.O. Box 506<br>Feriday, LA 71334-0506 | $ 317.71 |

PAGE -2-
<u>TRANSMITTAL OF UNCLAIMED FUNDS</u>

| | | |
|---|---|---|
| 73 | John E. Chance & Assoc<br>c/o Stephen L. Williamson<br>1100 Poydras St., Ste 1250<br>New Orleans, LA 70163 | $    505.27 |
| 77 | Computalog USA, Inc.<br>c/o Stewart peck<br>601 Poydras St., 27th Floor<br>New Orleans, LA 70130 | $ 1,551.31 |

    2. Your Trustee's check for $36,978.05, payable to the Clerk of the Court, is attached to this report and list.

    3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, this 22 day of July, 2010.

/s/ Mark K. Sutton<br>
MARK K. SUTTON, TRUSTEE
